**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Gregersen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CIV 05-3401-PHX-DKD<br><br>**ORDER TO PROCEED<br>IN FORMA PAUPERIS** |

　　　I, David K. Duncan, Magistrate Judge of the United States District Court for the District of Arizona, hereby:

✓　　　GRANT the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore. Service by waiver or of the summons and complaint shall be at government expense on the defendant by the U.S. Marshal or his authorized representative.

＿＿＿　DENY the application for leave to proceed in formal pauperis without prepayment of costs or fees or the necessity of giving security therefore. The Clerk is hereby ordered to dismiss this action.

＿＿＿　DENY the application for leave to proceed in formal pauperis without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff

1   is directed to submit the filing fee in full.  If payment is not received within 20
2   days of the date of this Order, the Clerk is hereby ordered to dismiss this action.
3   DATED this 27th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge

- 2 -